## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC., and<br>TEVA NEUROSCIENCE, INC.,<br><br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-11548<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)**

For the reasons stated in the accompanying Memorandum of Law, Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Neuroscience, Inc. ("Teva Neuroscience") (collectively, "Teva") respectfully move to dismiss the government's Complaint (ECF No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6).

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Teva respectfully requests a hearing on its Motion to Dismiss to the extent that the Court believes that oral argument would assist in resolving the Motion.

Dated: October 19, 2020								Respectfully Submitted,

								*/s/ Emily Renshaw*
								Emily Renshaw (BBO #675316)
								Morgan, Lewis & Bockius LLP
								One Federal Street
								Boston, MA 02110-1726
								Tel: 1.617.951.8000
								emily.renshaw@morganlewis.com

								Eric Sitarchuk (admitted *pro hac vice*)
								Alison Tanchyk (admitted *pro hac vice*)
								Rebecca J. Hillyer (admitted *pro hac vice*)
								William T. McEnroe (admitted *pro hac vice*)
								Morgan, Lewis & Bockius LLP
								1701 Market Street
								Philadelphia, PA 19103-2921
								Tel: 215.963.5000
								eric.sitarchuk@morganlewis.com
								alison.tanchyk@morganlewis.com
								rebecca.hillyer@morganlewis.com
								william.mcenroe@morganlewis.com

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I, Emily Renshaw, counsel for Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Neuroscience, Inc. ("Teva Neuroscience") (collectively, "Teva"), certify pursuant to Local Rule 7.1(a)(2) that counsel for Teva conferred with counsel for Plaintiff regarding the foregoing motion in an attempt to resolve or narrow the issues contained herein.

								*/s/ Emily Renshaw*
								Emily Renshaw (BBO #675316)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF electronic filing on October 19, 2020.

*/s/ Emily Renshaw*
Emily Renshaw (BBO #675316)