UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TEVA PHARMACEUTICALS USA, INC., and ) <br> TEVA NEUROSCIENCE, INC., ) <br> ) <br> Defendants. ) | No. 20-cv-11548-NMG |

## UNITED STATES' UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER

The United States respectfully submits this Unopposed Motion to Modify the Scheduling Order to extend the deadline to depose Teva's expert witnesses by eight days, until and including March 21, 2023.

The United States respectfully moves for this modification of the scheduling order to extend the date by which the United States may complete its depositions of Dr. Daniel Wynn and Professor Amitabh Chandra. The United States intends to depose Dr. Wynn on March 14, 2023, and Professor Chandra on March 21, 2023. The deposition of Professor Chandra was originally scheduled for March 13, 2023, but the government requested to reschedule it to March 21, 2023 due to personal health-related reasons. Dr. Wynn is scheduled for March 14, 2023 (i.e., one day after the deadline, due to scheduling constraints). The United States accordingly requests that the Court modify the schedule to permit the United States to conduct these two depositions on or before March 21, 2023. This proposed modification will not affect the timing of the United States' submission of any expert witness rebuttal reports or dispositive briefings.

Defendants, Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc., do not oppose this modification. A proposed order accompanies this motion.

*Motion allowed nunc pro tunc.*

*/s/ NMGorton, USDJ 03/21/2023*