UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TEVA PHARMACEUTICALS USA, INC., and<br>TEVA NEUROSCIENCE, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 20-11548<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION FOR LEAVE TO EXTEND PAGE LIMITATION APPLICABLE TO SUMMARY JUDGMENT MEMORANDUM

Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. (together, "Defendants" or "Teva") respectfully move for a five (5)-page extension of the page limit applicable to its forthcoming memorandum in support of its motion for summary judgment, and in support state as follows:

1.　Teva intends to file a motion for summary judgment on April 24, 2023, together with, *inter alia*, a memorandum of law in support of the motion. *See* Local Rule 56.1.

2.　Pursuant to Local Rule 7.1(b)(4), memoranda in support of or opposition to motions may not exceed twenty (20) pages, double-spaced.

3.　In light of the complexities of the issues to be raised in Teva's memorandum in support of its motion for summary judgment, Teva requires the additional five pages to fully brief and present the issues to the Court, which will assist the Court in evaluating the motion.

4.　Accordingly, Teva respectfully requests an additional five (5) pages for its memorandum in support of its forthcoming motion for summary judgment.

5.　The United States does not oppose Teva's request.

WHEREFORE, Teva respectfully requests an Order permitting Teva to file a memorandum in support of its forthcoming motion for summary judgment of no greater than twenty-five (25) pages.

Dated: April 21, 2023

Respectfully Submitted,

*/s/ Emily Renshaw*
Emily Renshaw (BBO #675316)
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
Tel:  1.617.951.8000
emily.renshaw@morganlewis.com

Eric Sitarchuk (admitted *pro hac vice*)
Alison Tanchyk (admitted *pro hac vice*)
Rebecca J. Hillyer (admitted *pro hac vice*)
William T. McEnroe (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel:  215.963.5000
eric.sitarchuk@morganlewis.com
alison.tanchyk@morganlewis.com
rebecca.hillyer@morganlewis.com
william.mcenroe@morganlewis.com

*Counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc., certify pursuant to Local Rule 7.1(a)(2) that counsel for Defendants conferred with counsel for Plaintiff regarding the subject matter of this motion and Plaintiff does not oppose the relief sought herein.

*/s/ Emily Renshaw*
Emily Renshaw

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF electronic filing on April 21, 2023.

*/s/ Emily Renshaw*
Emily Renshaw