UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 20-11548-NMG <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER ON DEFENDANTS' MOTION TO
COMPEL INTERNAL HHS-OIG COMMUNICATIONS
[Docket No. 79]

January 25, 2023

Boal, M.J.

In this action, the United States alleges that defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. (collectively, "Teva") improperly paid millions of dollars to charitable foundations with the intent and understanding that the money would be used to subsidize patients' out-of-pocket expenses for a drug manufactured by Teva. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Teva has moved to compel the United States to produce certain internal Department of Health and Human Services Office of Inspector General ("HHS-OIG") communications. Docket No. 79.[1] For the following reasons, I deny the motion.

---

[1] On September 6, 2022, Judge Gorton referred the motion to the undersigned. Docket No. 82.

Over the objections defendant Teva, (Docket No. 145), Order of Magistrate Judge Boal (Docket No. 143) is affirmed.

*NMGorton*, USDJ 05/01/2023

1