# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and<br>TEVA NEUROSCIENCE, INC.,<br><br>Defendants. | Civil Action No. 20-11548 |

## DEFENDANTS' MOTION TO CERTIFY INTERLOCUTORY APPEAL AND POSTPONE TRIAL PENDING APPEAL

Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. (collectively, "Teva") respectfully submit this motion to certify an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and to postpone trial in this matter pending appeal.

Dated: July 26, 2023

Respectfully Submitted,

/s/ Emily Renshaw
Emily Renshaw (BBO #675316)
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
Tel: 617.951.8000
emily.renshaw@morganlewis.com

>Eric Sitarchuk (admitted *pro hac vice*)
>Alison Tanchyk (admitted *pro hac vice*)
>William T. McEnroe (admitted *pro hac vice*)
>Morgan, Lewis & Bockius LLP
>1701 Market Street
>Philadelphia, PA 19103-2921
>Tel:  215.963.5000
>eric.sitarchuk@morganlewis.com
>alison.tanchyk@morganlewis.com
>william.mcenroe@morganlewis.com
>
>William R. Peterson (admitted *pro hac vice*)
>1000 Louisiana Street, Suite 4000
>Houston, TX 77002-5005
>Tel:  713.890.5000
>william.peterson@morganlewis.com
>*Counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc.*
>
>Alexandra A.E. Shapiro
>Shapiro Arato Bach LLP
>1140 Avenue of the Americas, 17th Fl.
>New York, NY 10036
>Tel. 202.257.4881
>ashapiro@shapiroarato.com
>*Of counsel*

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. certify pursuant to Local Rule 7.1(a)(2) that counsel for Defendants conferred with counsel for Plaintiff regarding the subject matter of this motion and the parties were unable to agree on a resolution or narrow the issues presented above.

>*/s/ Emily Renshaw*
>Emily Renshaw (BBO #675316)

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF filing on July 26, 2023.

                                                        */s/ Emily Renshaw*
                                                        Emily Renshaw (BBO #675316)

3