## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., and | ) |
| TEVA NEUROSCIENCE, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Civil Action No. 20-11548

## DEFENDANTS' MOTION FOR EXPEDITED BRIEFING FOR
## MOTION TO CERTIFY INTERLOCUTORY APPEAL

Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. (collectively, "Teva") respectfully request that the Court order expedited briefing and consideration of their Motion to Certify Interlocutory Appeal and Postpone Trial Pending Appeal pursuant to 28 U.S.C. § 1292(b) (the "Section 1292(b) Motion"). Teva respectfully requests that this Court order the government to respond to the Section 1292(b) Motion within five business days of the filing of the Section 1292(b) Motion, and any reply shall be due within three business days of the filing of the government's response in opposition to Teva's Motion.

"Every court is vested with the power 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *New Balance Athletic Shoe, Inc. v. Converse, Inc.*, 86 F. Supp. 3d 35, 36 (D. Mass. 2015) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936)). The Court may thus expedite or stay proceedings in its discretion. *Id.* at 36.

Good cause exists to grant this Motion. Trial is scheduled to begin in less than two months, and pretrial submissions are due throughout the month of August. Teva's Section 1292(b) Motion

1

presents a controlling question of the legal standard of causation to be applied at trial, and the substantive issues have been fully briefed.  Prompt resolution may save significant resources for both the parties and the Court.

For the reasons set forth above, Teva respectfully requests that this Court grant this Motion and consider Teva's Section 1292(b) Motion on an expedited basis.

Dated:  July 26, 2023                              Respectfully Submitted,


                                                   */s/ Emily Renshaw*
                                                   Emily Renshaw (BBO #675316)
                                                   Morgan, Lewis & Bockius LLP
                                                   One Federal Street
                                                   Boston, MA 02110-1726
                                                   Tel:  617.951.8000
                                                   emily.renshaw@morganlewis.com

                                                   Eric Sitarchuk (admitted *pro hac vice*)
                                                   Alison Tanchyk (admitted *pro hac vice*)
                                                   William T. McEnroe (admitted *pro hac vice*)
                                                   Morgan, Lewis & Bockius LLP
                                                   1701 Market Street
                                                   Philadelphia, PA 19103-2921
                                                   Tel:  215.963.5000
                                                   eric.sitarchuk@morganlewis.com
                                                   alison.tanchyk@morganlewis.com
                                                   william.mcenroe@morganlewis.com

                                                   William R. Peterson (admitted *pro hac vice*)
                                                   1000 Louisiana Street, Suite 4000
                                                   Houston, TX 77002-5005
                                                   Tel:  713.890.5000
                                                   william.peterson@morganlewis.com
                                                   *Counsel for Defendants Teva Pharmaceuticals USA, Inc.*
                                                   *and Teva Neuroscience, Inc.*

                                                   Alexandra A.E. Shapiro
                                                   Shapiro Arato Bach LLP
                                                   1140 Avenue of the Americas, 17th Fl.
                                                   New York, NY 10036
                                                   Tel. 202.257.4881
                                                   ashapiro@shapiroarato.com
                                                   *Of counsel*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. certify pursuant to Local Rule 7.1(a)(2) that counsel for Defendants conferred with counsel for Plaintiff regarding the subject matter of this motion and the parties were unable to agree on a resolution or narrow the issues presented above.

*/s/ Emily Renshaw*
Emily Renshaw (BBO #675316)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF filing on July 26, 2023.

*/s/ Emily Renshaw*
Emily Renshaw (BBO #675316)