United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Teva Pharmaceuticals USA, Inc.,<br>and Teva Neuroscience, Inc.,<br><br>    Defendants. | Civil Action No.<br>20-11548-NMG |

ORDER

The motion of defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. (collectively, "Teva") for expedited briefing of their motion to certify interlocutory appeal and postpone trial pending appeal (Docket No. 197) is **ALLOWED**, in part, and **DENIED**, in part.

The government's response to the motion shall be filed on or before Friday, August 4, 2023 at 12:00 noon. Teva's reply brief of no more than five pages shall be filed on or before Tuesday, August 8, 2023 at 5:00 p.m.

**So ordered.**

                                    /s/ Nathaniel M. Gorton
                                    Nathaniel M. Gorton
                                    United States District Judge

Dated: August 1, 2023